MANDATE

3:04-cr-00322-PG-2
J. Perez-Gimenez

# United States Court of Appeals
## For the First Circuit

No. 10-1056

UNITED STATES

Appellee

v.

JOSE L. SANCHEZ-PIZARRO

Defendant - Appellant

**JUDGMENT**

Entered: April 6, 2010
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Joannie Plaza-Martinez
Patricia A. Garrity
Jose L. Sanchez-Pizarro
Joseph C. Laws
Justin R. Martin
Nelson J. Perez-Sosa

Certified and Issued
as mandate under
Fed. R. App. P. 41   4/6/10
MARGARET CARTER
                     Clerk
/s/ Linda Bailey
           Deputy Clerk